SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 JUN 18 AM 11: 38

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 4:14CR3085 |
| TROY C. CHUBBUCK, JERRY S. WOLFE, WILLIAM E. SALISBURY, LISA J. SCHUTTE, and GARY A. GOFF, | INDICTMENT<br>21 USC § 846 |
| Defendants. | |

The Grand Jury charges that

## COUNT I

Between on or about January 1, 2007 and May 22, 2012, in the District of Nebraska, the defendants, TROY C. CHUBBUCK, JERRY S. WOLFE, WILLIAM E. SALISBURY, LISA J. SCHUTTE, and GARY A. GOFF, knowingly and intentionally combined, conspired, confederated and agreed with other persons to possess pseudoephedrine, a list I chemical, with reasonable cause to believe that it would be used to manufacture methamphetamine, a controlled substance, in violation of Title 21, United States Code, § 841(c)(2).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL.

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney
District of Nebraska

1

      The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

                                                          BRUCE W. GILLAN
                                                          Assistant U.S. Attorney